# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

**RECEIVED**
**OCT 2 0 2010**
**OFFICE OF THE BANKRUPTCY CLERK**
**UTICA, NY**

October 18, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**
OCT 2 0 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:   07-60907            Anthony & Louise Morreale

To Whom It May Concern:

Enclosed please find check #**921995** in the amount of $**6.91**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 24 |
| Account# | 4101137506518072 |
| Creditor | First N American Nat'l Bank<br>POB 42395<br>Richmond, VA 23286 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli